```
HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
JAMES BRADFORD
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ABRAHAM URIEGA
```

FILED
MAR 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM URIEGA,<br><br>Defendant. | NO. 2:14-mj-00298-DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND COURT TRIAL AND SET FOR CHANGE OF PLEA AND SENTENCING<br><br>DATE: March 31, 2015<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, JASON LEONG, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for Defendant, ABRAHAM URIEGA, that the Court vacate the trial confirmation hearing date of March 31, 2015 at 10:00 a.m. and the court trial set for April 8, 2015, and set a change of plea hearing on March 31, 2015 at 10:00 a.m.

///
///
///
///
///
///

Mr. Uriega currently resides in Los Angeles, California. Due to his financial circumstances and the fact that he does not have a driver's license, Mr. Uriega respectfully requests that the Court allow him to enter his plea telephonically. Both parties stipulate that allowing him to do so would best serve the interests of justice. Mr. Uriega agrees to waive his right to be personally present and specifically waives his right to allocute in person.

Dated: March 25, 2015

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ABRAHAM URIEGA

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Leong
JASON LEONG
Special Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial confirmation hearing date presently set for March 31, 2015 at 10:00 a.m. and the trial date presently set for April 8, 2015 be vacated, and that a change of plea and sentencing date be set for March 31, 2015 at 10:00 a.m.

The Defendant's request to enter his plea telephonically is granted __X__ / ~~denied~~ _____.

**IT IS SO ORDERED.**

DATED: March **30**, 2015

_____
United States Magistrate Judge